UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>              Plaintiff,<br><br>     vs.<br><br>LEWIS W. ROBERTS, III, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV F 14-0199 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 9.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the May 20, 2014 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **March 21, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28